IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LILLIAN SPANN,

    Plaintiff,

vs.                                    1:09CV199-MMP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.

_____/

## O R D E R

Plaintiff has moved to extend the time to file the memorandum through February 3, 2010. (Doc. 12). The motion is **GRANTED**, and the time will be extended an additional two days from today or through **February 5, 2010.**

**DONE AND ORDERED,** this  _3rd_  day of February, 2010

                                                _s/ A. KORNBLUM_
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**