IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LILLIAN SPANN,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00199-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Defendant's Motion to Extend Time to file memorandum. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Defendant shall have through April 5, 2010, to file the responsive memorandum.

    **DONE AND ORDERED** this  _5th_  day of March, 2010

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge