IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LILLIAN SPANN,

    Plaintiff,

v.                                                  CASE NO. 1:09-cv-00199-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Defendant's Second Motion to Extend Time to File a Responsive Memorandum. (Doc. 19). In the motion, the Defendant represents that Plaintiff has no objection. Having considered said motion, the Court is of the opinion that it should be GRANTED, and Defendant shall file said memorandum on or before May 10, 2010.

    **DONE AND ORDERED** this _7th_ day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge